15BE/KCB
related 11-CV-1125

#4

**FILED**
SEP 29 2022
CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MONROE WEEKLEY III, INMATE NO.
KS9184, SCI-ALBION, 10745 Route 18
ALBION, PA 16475

1:22-CV-279

VS.

SGT. PROVIDENT, SCI-ALBION
10745 Route 18
ALBION, PA 16475

## MOTION AND DECLARATION IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I, Monroe Weekley III, am the plaintiff in the above entitled case. In support of my motion for leave to proceed in forma pauperis, I state that because of my poverty I am unable to pay the initial costs of said proceeding or to give security therefore and that I believe I am entitled to redress. In support of this motion, I declare the following responses are true.

1. If you are receiving prison wages, state the amount: 0.42 per hour.

2. If you received within the past twelve months any money form any source, explain, and state
   The amount: NONE

3. State the amount of money you have in a checking, savings, or prison account:
   0.81

4. Identify and state the value of any real estate, stocks, bonds, notes, automobiles, or other Valuable property (excluding ordinary household furnishings and clothing) which you own:
   NONE

5. List the persons who are dependent upon you for support; state relationship to those persons And indicate how much you contribute toward their support:
   NONE

I declare under penalty of perjury that the foregoing is true and correct.

SIGNED THIS  22  DAY OF  September , 20 22 .

_Monroe Weekley III_
Plaintiff's signature

## TO BE COMPLETED BY RECORDS OFFICER OF PRISON

1. The plaintiff presently has the sum of _____ on account at _____
_____.
   (Name of prison)

   _____ Attached is a copy of the plaintiff's institutional account indicating deposits and withdrawals during the preceding one year period or _____
   (Indicate period covered by Account)

   _____ I cannot furnish the court with a copy of the plaintiff's institutional account indicating income and withdrawals because
   _____
   _____

2. The plaintiff has the following securities and other assets: (include any information you have regarding outside accounts, sources of income):
_____
_____
_____
_____

3. Other information relevant to plaintiff's financial status or information that plaintiff's statements contained in his motion and declaration in support of motion to proceed in forma pauperis are not true:_____
_____
_____

I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, information and belief.

   Signed this _____ day of _____, 20___.

   _____
   Signature and Title of Records Officer of Prison

## ORDER

Motion for leave to proceed in forma pauperis is _____.

Date:_____    _____
                        United States Magistrate Judge